# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:06cv318

| | |
|---|---|
| GEORGE W. MELTON; and ANGELA F. MELTON, )<br>)<br>Plaintiffs, )<br>)<br>Vs. )<br>)<br>MERCK & CO., INC., )<br>)<br>Defendant. )<br>_____ ) | ORDER |

**THIS MATTER** is before the court on defendant Merck & Co., Inc.'s an plaintiffs' Motion to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation. Having considered defendant Merck & Co., Inc.'s and plaintiffs' motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant Merck & Co., Inc.'s and plaintiffs' Motion to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation (#6) is **GRANTED,** and all proceedings in this matter are **STAYED** pending transfer by the Judicial Panel on Multidistrict Litigation.

Signed: October 12, 2006

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge